AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 18-MJ-2177
A silver Mercedes-Benz, bearing California license )
7UVK751, and vehicle identification number )
WDDKJ7CB2BF121453 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  14 days from the date of its issuance  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/20/18 @16:33       _____
                                            *Judge's signature*

City and state: Los Angeles, CA       HON. GAIL J. STANDISH
                                       *Printed name and title*

AUSA: R. BACON, 14667

Case 2:18-mj-02177-DUTY   Document 4   Filed 08/31/18   Page 2 of 2   Page ID #:182
Case 2:18-mj-02177-DUTY *SEALED*   Document 2-1 *SEALED*   Filed 08/20/18   Page 2 of 13
Page ID #:109

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-MJ-2177 | Date and time warrant executed: 8/22/2018  06:30AM | Copy of warrant and inventory left with: left at residence |

Inventory made in the presence of:
FBI search team. No occupants present during search

Inventory of the property taken and name of any person(s) seized:

1. Passports and financial documents
2. Various IDs and receipts
3. Passports, IDs, and baseball caps
4. Financial Documents
5. (5) credit cards
6. (19) credit cards
7. Financial Documents
8. Samsung Flip phone
9. Samsung Flip phone
10. ID documents
11. Vehicle - Mercedes Benz Coupe; Silver 2011 E550, CALP 7UVK751; VIN: WDDKJ7C B2BF121453

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/29/2018

Executing officer's signature

Special Agent John H. Davis
Printed name and title